**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10004
TELEPHONE: (646) 763-1490

April 7, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2023

ECF    **MEMORANDUM ENDORSED**

Honorable Gregory H. Woods
United States District Judge for
 the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Goodlett</u>, 22 Cr. 497 (GHW)

Dear Judge Woods:

Mr. Goodlett who is on bond which includes GPS monitoring, writes to request the Court's permission to leave his home for Easter Sunday. Mr. Goodlet wishes to take his son to church and to the Bronx Zoo. Should the Court approve the request, details of his plans for the day will be provided to the designated pretrial officer.

Pretrial objects to the request even when noting Mr. Goodlet's compliance with his conditions of release.

The government has no objection.

Respectfully submitted,

/s/ Sabrina Shroff
*Counsel for Mr. Goodlett*

Application granted.  The conditions of Mr. Goodlet's pretrial release are modified as follows: Mr. Goodlet may leave his home on Easter Sunday for the following purposes:  to attend Easter services with his son and to take his son to the Bronx Zoo.  Mr. Goodlet must provide details of his plans to his pretrial services officer.  No deviations are permitted.  All other conditions of the defendant's pretrial release remain in full force and effect.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 69.
SO ORDERED.
Dated:  April 7, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge