USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
                                                        :

UNITED STATES OF AMERICA,          :

                             -v-                     :          1:22-cr-497-GHW-4

TYQUAN GOODLET,                 :          <u>ORDER</u>

                    Defendant.  :

-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Upon the application of the parties, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, ALEXANDRA S. MESSITER, Assistant United States Attorney, of counsel, and TYQUAN GOODLET, by and through his attorney, SABRINA P. SHROFF, it is hereby ORDERED that the status conference scheduled in this matter for May 2, 2023, is adjourned to July 11, 2023, at 11:30 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter. Accordingly, it is further ORDERED that the time from the date of this order through July 11, 2023, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 76.

SO ORDERED.

Dated: May 2, 2023
       New York, New York

                                                   GREGORY H. WOODS
                                                 United States District Judge