**SABRINA P. SHROFF**
ATTORNEY AT LAW

## MEMORANDUM ENDORSED

80 BROADWAY, 19TH FLOOR
NEW YORK, NEW YORK 10004
TELEPHONE: (646) 763-1490

June 3, 2023

Hon. Gregory H. Woods
Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2023
```

Re: *United States v. Tyquan Goodlet*, 22 Cr. 497 (GHW)

Dear Judge Woods,

With consent of the government and with no objection from pretrial services, I write to request the Court allow Mr. Goodlet to be supervised via curfew as opposed to home detention. The hours of curfew will be at the discretion of pretrial. All other conditions would remain the same.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Sabrina Shroff
Counsel to Tyquan Goodlet

CC: Francesa Piperato, USPO
     All Parties

Application denied without prejudice. This application does not provide sufficient justification for the Court to conclude that the conditions of the defendant's pretrial release should be modified.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 88.

SO ORDERED.

Dated: June 8, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge