| | |
|---|---|
| **SABRINA P. SHROFF**<br>ATTORNEY AT LAW | 80 BROADWAY, 19TH FLOOR<br>NEW YORK, NEW YORK 10004<br>TELEPHONE: (646) 763-1490 |

# MEMORANDUM ENDORSED

June 24, 2023

Hon. Gregory H. Woods
Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/2023
```

Re: *United States v. Tyquan Goodlet*, 22 Cr. 497 (GHW)

Dear Judge Woods,

I write to request Mr. Goodlet be allowed to leave his home to celebrate his birthday with his immediate and entire family. Mr. Goodlet's date of birth is July 5 th and he would like to be able to celebrate the day, including a family dinner, with his extended family. He has requested the Court allow him to have a waiver until 11:00 p.m. Details of the day would be provided to pretrial services. Mr. Goodlet has been granted similar permissions before and has complied with each order from the court. The government and pretrial have no objection to this request

I thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s/ Sabrina Shroff
Counsel to Tyquan Goodlet

cc: Francesa Piperato, USPO
    All Parties

Application granted. The conditions of the defendant's pretrial release are modified as follows: the defendant may leave his home on July 5, 2023 to celebrate his birthday with his family. The defendant must return to his home no later than 11:00 p.m. on that day. The defendant must provide the details of his day and the locations that he will visit in advance. The Court understands that the defendant will be accompanied by members of his family throughout the course of the day. All other conditions of the defendant's pretrial release remain in full force and effect.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 100.

SO ORDERED.

Dated: June 26, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge