UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                            :

UNITED STATES OF AMERICA,          :

                                            :

          -v-                      :               1:22-cr-497-GHW-4

                                            :

TYQUAN GOODLET,                :               <u>ORDER</u>

                                            :

                              Defendant. :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

        On June 24, 2023, counsel for the defendant requested a modification of the conditions of

the defendant's pretrial release.  Dkt. No. 100.  In the application, counsel represented to the Court

the following: "The government and pretrial have no objection to this request."  The Court has been

informed by the pretrial services office that the representation regarding its position does not

accurately reflect its views.  The Court requests a further submission from counsel for the defendant

regarding that aspect of the defendant's application.

        SO ORDERED.

Dated:  July 6, 2023
New York, New York

                               _____
                                      GREGORY H. WOODS
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/6/2023