```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                           :

UNITED STATES OF AMERICA,          :

                       -v-                   :          1:22-cr-497-GHW-4

TYQUAN GOODLET,               :          <u>ORDER</u>

                      Defendant.  :

------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      Upon the application of the parties, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, ALEXANDRA S. MESSITER, Assistant United States Attorney, of counsel, and TYQUAN GOODLET, by and through his attorney, SABRINA P. SHROFF, it is hereby ORDERED that the status conference scheduled in this matter for February 26, 2024, is adjourned to March 26, 2024, at 10:00 a.m.

      The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter. Accordingly, it is further ORDERED that the time from the date of this order through March 26, 2024, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 135.

      SO ORDERED.

Dated: February 26, 2024
       New York, New York

                                                        _____
                                                         GREGORY H. WOODS
                                                      United States District Judge