USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
                                                     :

UNITED STATES OF AMERICA,            :

                                         -v-                            :           1:22-cr-497-GHW-4

TYQUAN GOODLET,                  :            <u>ORDER</u>

                           Defendant.  :

-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      Upon the application of defendant TYQUAN GOODLET, by and through his attorney, SABRINA P. SHROFF, and with the consent the United States of America, by and through, DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, ALEXANDRA S. MESSITER, Assistant United States Attorney, of counsel, it is hereby ORDERED that the status conference scheduled in this matter for March 26, 2024, is adjourned to April 8, 2024, at 2:00 p.m.

      The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter. Accordingly, it is further ORDERED that the time from the date of this order through April 8, 2024, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 137.

      SO ORDERED.

Dated: March 22, 2024
New York, New York

                                                                 GREGORY H. WOODS
                                                      United States District Judge