```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                           :

UNITED STATES OF AMERICA,                :

                                                 -v-                           :                     1:22-cr-497-GHW-4

TYQUAN GOODLET,                            :                         <u>ORDER</u>

                                           Defendant.   :

-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       In the order scheduling the trial and pretrial motions in this matter, the defendant was directed to submit any pretrial motions no later than May 15, 2024. Dkt. No. 139. The Court has not received any pretrial motions from the defendant. Because there are no defense motions necessitating a hearing, the hearing scheduled for July 2, 2024 at 10:00 a.m. is adjourned *sine die*.

       SO ORDERED.

Dated: June 18, 2024
New York, New York

                                                                       _____
                                                                            GREGORY H. WOODS
                                                                    United States District Judge