```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                    :
                                             :
        -against-                            :
                                             :
TYQUAN GOODLET,                              :         1:22-cr-497-GHW-4
                                             :
                    Defendant.               :              ORDER
------------------------------------------------------------ X
```

|   |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 8/5/2024 |

GREGORY H. WOODS, United States District Judge:

A change of plea hearing in this matter will take place on August 7, 2024 at 10:00 a.m. The hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. Counsel for the United States, Mr. Goodlet and his counsel are directed to appear for the hearing as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: August 5, 2024

                                                                                         GREGORY H. WOODS
                                                                            United States District Judge