```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,                               :
                                                            :
                    -against-                               :
                                                            :
    TYQUAN GOODLET,                                         :         1:22-cr-497-GHW-4
                                                            :
                              Defendant.                    :              ORDER
------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/7/2024

**GREGORY H. WOODS, United States District Judge:**

On August 7, 2024, the defendant pleaded guilty to Count I contained in the Superseding Information numbered S3 1:22-cr-497. Sentencing is scheduled to take place on November 26, 2024 at 10:00 a.m.

As a result, the pretrial conference scheduled for August 30, 2024, the jury trial scheduled for September 16, 2024, and all associated deadlines are adjourned *sine dine*.

SO ORDERED.

Dated: August 7, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge