```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
   UNITED STATES OF AMERICA,              :
                                          :
                 -against-                :
                                          :
   TYQUAN GOODLET,                        :         1:22-cr-497-GHW-4
                                          :
                      Defendant.          :         ORDER
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/2024

GREGORY H. WOODS, United States District Judge:

The sentencing hearing currently scheduled for November 26, 2024 at 10:00 a.m. is rescheduled. The hearing will take place on December 18, 2024 at 2:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The defendant's sentencing submissions are due no later than December 4, 2024. The Government's sentencing submissions are due no later than December 11, 2024. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: October 4, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge