UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                     :
                                              :
           -against-                    :
                                              :
TYQUAN GOODLET,                               :        1:22-cr-497-GHW-4
                                              :
              Defendant.     :        ORDER
------------------------------------------------------------X

```
┌─────────────────────────────────┐
│  USDC SDNY                       │
│  DOCUMENT                        │
│  ELECTRONICALLY FILED            │
│  DOC #: _____         │
│  DATE FILED: 12/4/2024           │
└─────────────────────────────────┘
```

GREGORY H. WOODS, United States District Judge:

The sentencing hearing currently scheduled for December 18, 2024 at 2:00 p.m. is rescheduled. The hearing will take place on February 3, 2025 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The defendant's sentencing submissions are due no later than January 20, 2025. The Government's sentencing submissions are due no later than January 27, 2025. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

      SO ORDERED.

Dated:  December 4, 2024
New York, New York

                                _____
                                   GREGORY H. WOODS
                                 United States District Judge