USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _________________
DATE FILED: 10/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

UNITED STATES OF AMERICA, :

:

-against- :

:

TYQUAN GOODLET, : 1:22-cr-497-GHW-4

:

Defendant. : ORDER

--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

A conference in this matter regarding a violation of supervised release will take place on October 20, 2026 at 11:00 a.m. The conference will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. Counsel for the United States, Mr. Goodlet and his counsel are directed to appear for the conference as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: October 15, 2026
New York, New York

__________________________________
GREGORY H. WOODS
United States District Judge